IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ATLANTIC CASUALTY INSURANCE COMPANY, | § § § § § | |
| Plaintiff, | § | |
| v. | § § | CIVIL ACTION NO. 7:21-cv-00124 |
| RBL TEX MEX LOUNGE LLC, | § § § | |
| Defendant. | § | |

**PLAINTIFF ATLANTIC CASUALTY INSURANCE COMPANY'S CERTIFICATE OF INTERESTED PARTIES**

Plaintiff, Atlantic Casualty Insurance Company (Atlantic Casualty), files its Certificate of Interested Parties and provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):

Atlantic Casualty is a wholly-owned subsidiary of Strickland Insurance Group, Inc., which is a wholly-owned by Auto-Owners Insurance Company. Atlantic Casualty is domiciled and licensed in North Carolina and an eligible surplus lines insurer in all other states.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

Atlantic Casualty Insurance Company;

Strickland Insurance Group, Inc.;

Auto-Owners Insurance Company;

RBL Tex Mex Lounge LLC; and

Rodolfo Barrera Lopez.

This list will be supplemented if additional parties are added or if additional interested parties are identified.

Respectfully submitted.

SAVRICK, SCHUMANN, JOHNSON,
MCGARR, KAMINSKI & SHIRLEY, L.L.P.

By: *Camille Johnson*
Camille Johnson, attorney-in-charge
State Bar No. 10686600
S.D. Bar No. 16414
4621 Ross Avenue, Suite 300
Dallas, Texas 75204
Phone: (214) 368-1515
Fax: (214) 292-9647
Email: camille@ssjmlaw.com

**ATTORNEY FOR PLAINTIFF, ATLANTIC CASUALTY INSURANCE COMPANY**